Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
SEP 30 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR ANTUNEZ,<br>    Petitioner,<br>    v.<br>DEBRA DEXTER, Warden,<br>    Respondent. | Case No. CV 05-6451 AHS(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: September 30, 2008

ALICEMARIE H. STOTLER
_____
HONORABLE ALICEMARIE H. STOTLER
CHIEF, UNITED STATES DISTRICT JUDGE